UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

January 26, 2018

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 2:18-cr-00014-KJM |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **ORDER FOR RELEASE OF** |
| LAKEISHA RUDULPH, | ) | **PERSON IN CUSTODY** |
| | ) | |
| Defendant. | ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release, LAKEISHA RUDULPH, Case No. 2:18-cr-00014-KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_\_    Release on previously imposed supervised release conditions.

    _X_    Bail Posted in the Sum of: $50,000.00.

        _X_    Co-signed Unsecured Appearance Bond

        \_\_\_    Secured Appearance Bond

        _X_    (Other) Conditions as stated on the record.

        \_\_\_    (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _1/26/2018_ at _2:10 p.m._

By _____
      Edmund F. Brennan
      United States Magistrate Judge