1  TASHA PARIS CHALFANT, SBN 207055
   Attorney at Law
2  5701 Lonetree Blvd., Suite 312
3  Rocklin, California 95765
   Telephone:   (916) 444-6100
4  Fax:         (916) 930-6093
5  E-Mail:      tashachalfant@gmail.com

6  Attorney for Defendant
7  LAKEISHA RUDULPH

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-CR-00014 KJM |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE (DRUG TESTING)** |
| v. | |
| LAKEISHA RUDULPH, | |
| Defendant. | |

    Ms. Lakeisha Rudulph was released on conditions in January 2018 and is supervised by the Pretrial Services Agency. After consultation with Assistant United States Attorney Paul Hemesath and Pretrial Services Officer Steven Sheehan, the defense requests and the government does not oppose, that Ms. Rudulph's conditions of pretrial release be modified as follows.

    <u>DELETE</u> the drug testing condition (Dkt. 10, Condition #10). Specifically, delete:

    #10 - "You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer."

    All other conditions remain in full force and effect.

Respectfully submitted,

Dated:  August 13, 2020  /s/Tasha Paris Chalfant
TASHA PARIS CHALFANT
Attorney for Defendant
LAKEISHA RUDULPH

Dated:  August 13, 2020  /s/ Tasha Paris Chalfant for
PAUL HEMESATH
Assistant United States Attorney
Counsel for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated:  August 14, 2020

_____
U. S. MAGISTRATE JUDGE