PHILLIP A. TALBERT
Acting United States Attorney
PAUL HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:18-CR-00014-KJM |
| Plaintiff, | AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| LAKEISHA RUDULPH, | DATE: November 15, 2021 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. Kimberly J. Mueller |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on November 15, 2021.

2.      By this stipulation, defendant now moves to continue the status conference until January 31, 2022, and to exclude time between November 15, 2021, and January 31, 2022, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes investigative reports and other evidence.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for defendant desires additional time to provide facts, for example: consult with her client, to review the current charges, to conduct investigation and research related to the

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1  charges, to review and copy discovery for this matter, to discuss potential resolutions with

2  his/her client, to prepare pretrial motions, and to otherwise prepare for trial.  Counsel was

3  appointed in lieu of previous counsel on March 24, 2020.  The discovery that was produced to

4  previous counsel has been copied and sent to current counsel.  Current counsel has reported that

5  there were some errors in the uploading process, and the parties have met and are continuing to

6  work together to resolve those issues.

7          c)      Counsel for defendant believes that failure to grant the above-requested

8  continuance would deny counsel the reasonable time necessary for effective preparation, taking

9  into account the exercise of due diligence.

10          d)      The government does not object to the continuance.

11          e)      In addition to the public health concerns cited by the Court's General Orders and

12  presented by the evolving COVID-19 pandemic, an ends-of-justice delay is particularly apt in

13  this case because counsel or other relevant individuals have been encouraged to telework and

14  minimize personal contact to the greatest extent possible.  It will be difficult to avoid personal

15  contact should the hearing proceed.

16          f)      Based on the above-stated findings, the ends of justice served by continuing the

17  case as requested outweigh the interest of the public and the defendant in a trial within the

18  original date prescribed by the Speedy Trial Act.

19          g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

20  et seq., within which trial must commence, the time period of November 15, 2021 to January 31,

21  2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

22  T4] because it results from a continuance granted by the Court at defendant's request on the basis

23  of the Court's finding that the ends of justice served by taking such action outweigh the best

24  interest of the public and the defendant in a speedy trial.

25  ///

26  ///

27  ///

28  ///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  November 10, 2021                              PHILLIP A. TALBERT
                                                       Acting United States Attorney


                                                       /s/ PAUL HEMESATH
                                                       PAUL HEMESATH
                                                       Assistant United States Attorney


Dated:  November 10, 2021                              /s/ TASHA CHALFANT
                                                       TASHA CHALFANT
                                                       Counsel for Defendant
                                                       LAKEISHA RUDULPH

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3

1

**FINDINGS AND ORDER**

2          IT IS SO FOUND AND ORDERED.   The status conference set for November 15, 2021 is

3   vacated and reset for January 31, 2022 at 9:00 a.m., the time between November 15, 2021, and

4   January 31, 2022, is excluded under Local Code T4.

5   DATED:  November 16, 2021.

6

7   _____
    CHIEF UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME          4
PERIODS UNDER SPEEDY TRIAL ACT