PHILLIP A. TALBERT
United States Attorney
ALEXIS KLEIN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00014 KJM |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| LAKEISHA RUDULPH, | |
| Defendant. | |

**ORDER**

The government's motion to dismiss the indictment is GRANTED.

This order resolves ECF No. 79.

DATED: October 19, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE